JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MARTIN SHULTS, | Case No. 2:20-10973-JAK (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| COMPLEX WARDEN BRADLEY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: May 27, 2021

_____
JOHN A. KRONSTADT
United States District Judge